■ WILMA PULSIFER, as Administratrix of the Estate of ROBERT J. GRAVES, Deceased, Respondent, v. VERONICA M. OLCOTT et al., Appellants.— Order, Supreme Court, Essex County, entered on June 8, 1970, affirmed, with costs, on the opinion of Harvey, J. (63 Misc 2d 524). Staley, Jr., J. P., Cooke, Sweeney, Kane and Main, JJ., concur.